UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CRYSTAL GOINS,

                Plaintiff,

v.

C.O. WOSNEACK, et al.,

                Defendants.

Case # 15-CV-6234-EAW-JWF

DECISION AND ORDER

    Plaintiff has filed a _pro se_ Complaint under 42 U.S.C. § 1983 and requested the appointment of counsel (Docket # 23). Under 28 U.S.C. § 1915(e), the Court may appoint counsel to assist indigent litigants, see, e.g., Sears, Roebuck & Co. v. Charles Sears Real Estate, Inc., 865 F.2d 22, 23 (2d Cir. 1988), and the assignment of _pro bono_ counsel in civil cases is within the trial Court's discretion. In re Martin-Trigona, 737 F.2d 1254 (2d Cir. 1984). In determining whether to assign counsel, the Court considers several factors, including whether the claims seem likely to be of substance; whether the _pro se_ plaintiff is able to investigate the facts concerning his or her claim; whether the legal issues are complex; and whether there are special reasons why the appointment of counsel would be more likely to lead to a just determination. See Hendricks v. Coughlin, 114 F.3 390, 392 (2d Cir. 1997); Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986).

    Additionally, each lawyer — especially those who are admitted to practice in federal court and who therefore are in a

position to reap the benefits of such practice — has a professional obligation to provide pro bono services for the poor. See New York Rules of Professional Conduct, Rule 6.1. In addition, Rule 83.1(f) of the Local Rules of Civil Procedure provides that:

> Every member of the bar of this Court who maintains, or whose firm maintains, an office in this District, shall be available upon the Court's request for appointment to represent or assist in the representation of indigent parties. Appointments under this Rule shall be made in a manner such that no Member shall be requested to accept more than one (1) appointment during any twelve (12) month period.

By Order dated September 9, 2016 (Docket # 25), the Court granted plaintiff's motion for appointment of counsel, and assigned Sheldon W. Boyce and Amanda Darby as pro bono counsel for plaintiff. Subsequent to that appointment, Ms. Darby accecpted a position with the Monroe County Public Defender's Office, and can no longer represent plaintiff here. As a result, Ms. Darby is relieved from this case, and the Court hereby appoints Michael A. Furlano as plainitiff's pro bono counsel, along with Mr. Boyce, in this case.

The Clerk of Court shall send a copy of this Order to Mr. Furlano along with this Court's Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1] The Chief Judge of this Court will

---

[1] This information and the forms are also available on the Court's web site at the Attorney Information link from the home

also issue an Order directing PACER to waive its fees so that pro bono counsel can access any other documents filed in this case that he may need. If any portions of the file in this matter are not available through PACER on the Court's Case Management/Electronic Case Management System, the Clerk of the Court will provide a free copy of any such documents to pro bono counsel upon request.

Plaintiff's attorneys are directed to contact the Court by December 8, 2016 to request a status conference to discuss further proceedings in the case.

IT IS SO ORDERED.

DATED:   Rochester, New York
         November 8, 2016

_____
HON. JONATHAN W. FELDMAN
United States Magistrate Judge

page located at: http://www.nywd.uscourts.gov/pro-bono-program-district-court-fund.

3