UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CRYSTAL GOINS, 14-G-0840,

        Plaintiff,

   -vs-

CORRECTIONS OFFICER
WOSNEACK, et al.,

        Defendants.
_____

NOTICE OF DEPOSITION

15-CV-6234

     PLEASE TAKE NOTICE that commencing at 10:00 a.m. on the 21st day of June, 2017, at the Rochester Regional Office, 144 Exchange Blvd., Suite 200, Rochester, NY 14614, the defendants in the above-entitled action will take the deposition of the plaintiff, Crystal Goins, pursuant to the Federal Rules of Civil Procedure.  This deposition shall continue from day to day until completed, and will be taken before a notary public or before some other officer authorized by law to administer an oath.  You are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure.

     The plaintiff and/or her attorney is requested to produce at or before the scheduled deposition at the offices of the defendants' counsel, Hillel Deutsch, Assistant Attorney General, all documents bearing upon any allegations, issue of other matters involved in this litigation which are either in the personal possession, custody or control of the plaintiff or are in the possession, custody or control of any agent, representative and/or attorney of the plaintiff and/or are available to the plaintiff or her attorney in connection with this action.  For purposes of this request, the term "document" shall

include, but not be limited to, notes, memoranda, correspondence, reports, tapes, articles or other publications, questionnaires and surveys, or any other writings or transcriptions of any kind which may relate, directly or indirectly, to any allegation issue, or other matter involved in this litigation.

Dated:    June 7, 2017
             Rochester, New York

                    ERIC T. SCHNEIDERMAN
                    Attorney General of the State of New York
                    Attorney for Defendants

                    s/Hillel Deutsch_____
                    HILLEL DEUTSCH
                    Assistant Attorney General of Counsel
                    NYS Office of the Attorney General
                    144 Exchange Boulevard, Suite 200
                    Rochester, New York 14614
                    Telephone: (585) 546-7430
                    Hillel.Deutsch@ag.ny.gov

CERTIFICATE OF SERVICE

I certify that on June 7, 2017, I electronically filed the foregoing Notice of Deposition with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Michael A. Furlano, Esq.
   Legal Aid Society of Rochester, NY, Inc.
   1 West Main Street, Suite 800
   Rochester, NY 14614

2. Sheldon W. Boyce, Esq.
   Brenna, Brenna & Boyce, PLLC
   31 East Main Street, Suite 2000
   Rochester, NY 14614

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. n/a

> ERIC T. SCHNEIDERMAN
> Attorney General of the State of New York
> Attorney for Defendants
>
> s/Hillel Deutsch
> HILLEL DEUTSCH
> Assistant Attorney General of Counsel
> NYS Office of the Attorney General
> 144 Exchange Boulevard, Suite 200
> Rochester, New York 14614
> Telephone: (585) 546-7430
> Hillel.Deutsch@ag.ny.gov